IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON LEE McNEAL, #263268, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:13cv-533-WHA |
| | ) | |
| CHRISTOPHER GORDY, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #12), entered on April 10, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice because the petition is time-barred by the one-year limitation period contained in 28 U.S.C. § 2244(d). Final Judgment will be entered accordingly.

DONE this 5th day of May, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE